NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALFREDO FIGUEROA,                    )
                                     )
        Appellant,                   )
                                     )
v.                                   )          Case No. 2D17-3876
                                     )
STATE OF FLORIDA,                    )
                                     )
        Appellee.                    )
_____       )

Opinion filed March 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Alfredo Figueroa, pro se.


PER CURIAM.


        Affirmed.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.